UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80931-CIV-COHN

CONSUMER FINANCIAL PROTECTION
BUREAU and THE STATE OF FLORIDA,
Office of the Attorney General,
Department of Legal Affairs,

       Plaintiffs,

v.

MICHAEL HARPER; BENN WILLCOX;
MARC HOFFMAN; THE HOFFMAN LAW
GROUP, P.A., f/k/a The Residential
Litigation Group, P.A.; NATIONWIDE
MANAGEMENT SOLUTIONS, LLC;
LEGAL INTAKE SOLUTIONS, LLC;
FILE INTAKE SOLUTIONS, LLC;
and BM MARKETING GROUP, LLC,

       Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
## TO TEMPORARILY SEAL FILE AND DOCKET
### (FILED UNDER TEMPORARY SEAL)

**THIS CAUSE** is before the Court upon Plaintiffs' Ex Parte Motion to Temporarily

Seal File and Docket [DE 1] ("Motion").  The Court having carefully reviewed the Motion,

and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Ex Parte Motion to Temporarily Seal File and Docket [DE 1] is

    **GRANTED**;

2.    The entire file of this case, including the docket and all pleadings, motions,

    memoranda of law, exhibits filed in support thereof and in conjunction therewith,

and all Orders entered by the Court shall be **SEALED**, with the exception that the Clerk of the Court shall provide Plaintiffs' counsel with a signed copy of this Order and any other Orders issued in this case before the seal is lifted;

3.  This Order shall **not** be construed to prohibit service of Plaintiffs' Complaint for Permanent Injunction and Other Relief [DE 1] or other pleadings on Defendants, nor shall it prohibit Plaintiffs from making other disclosures to Defendants, financial institutions, or other entities or persons that may hold assets of Defendants, any Temporary Receiver appointed by the Court, criminal law-enforcement authorities, or credit-reporting agencies; and

4.  The seal of the case file shall **EXPIRE** five business days following the entry of this Order or when all Defendants are served and Plaintiffs notify the Clerk of Court, whichever occurs first.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2014.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record