IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80931-CIV-COHN- SELTZER

Consumer Financial Protection Bureau, et al.,   )
      *Plaintiff,*   )
    v.   )
  Michael Harper, et al.,   )
      *Defendant.*   )

### MOTION TO HAVE NON-PARTY COUNSEL REMOVED FROM SERVICE LIST

COME NOW, NON-PARTIES TORCHIN, WEINSTOCK & ASSOCIATES, CPAs AND MARK A. WEINSTOCK, C.P.A., by and through their undersigned counsel, and hereby file this Motion to Have Non-Party Counsel Removed from Service List following the Limited Appearance of Counsel for the Purpose of Responding to Plaintiff's Amended Subpoena for Documents Issued to Non-Party Torchin Weinstock & Associates CPAs and Mark Weinstock, CPA and further request that the undersigned be immediately removed from all service lists and any further e-filings for this matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 4th day of March, 2015 a true and correct copy of the foregoing was E-Filed with the Court and furnished by e-mail in accordance with Fla.R.Jud.Admin. Rule 2.516 (b) (1)(A) to: all Counsel of Record on the attached Service List.

        Law Office of Linda S. Bittner
        Attorney for Defendant
        2405 Lucien Way
        Maitland, FL  32751
        (407) 919-3500 Phone
        (866) 390-9484 Fax
        Primary e-mail: linda.mccullough@cna.com

        BY:  /S/LINDA A. MCCULLOUGH
            LINDA A. McCULLOUGH
            FBN.:  084034

**SERVICE LIST**

*Consumer Financial Protection Bureau V. Michael Harper*
*Case No. 14-80931-CIV-COHN-SELTZER*

Amanda Arnold Sansone and Richard Colin Nathan Schiffer
Office of the Attorney General
3507 E. Frontage Road, Suite 325
Tampa, FL 33607-1795
Tel: 813-287-7950
Fax: 813-281-5515
Email: amanda.sansone@myfloridalegal.com,
angela.godbey@myfloridalegal.com, zivile.rimkevicius@myfloridalegal.com,
richard.schiffer@myfloridalegal.com

Benjamin Konop, Melissa Baal Guidorizzi, Nelle Rohlich,
Zach Mason
Consumer Financial Protection Bureau
1750 Pennsylvania Avenue
Washington, D.C. 20006
Email: benjamin.konop@cfpb.gov,
melissa.guidorizzi@cfpb.gov,
Nelle.Rohlich@cfpb.gov,
Zach.Mason@cfpb.gov

Mark J. Bernet, Receiver
401 E Jackson Street, Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax: 813-218-5495
Email: mark.bernet@akerman.com,
doris.zsurka@akerman.com

Hector E. Lora, Esq.
Counsel for Defendant Marc Hoffman
174 NE 106th Street
Miami Shores, FL 33138
Phone: 786-553-8082
Fax: 305-757-6682
Email: hectorlora@bellsouth.net,
hlora@mwbllp.com

John Angelo Richert, Esq.
Counsel for Defendant Michael Harper
13575 58th St N
Clearwater, FL 33760

540-230-5692
Email: john@hornstine.com,
jarichert@gmail.com

Andrew Cove, Esq.
Amy Beth Talisman
Counsel for Defendant Benn Willcox
Cove & Associates, P.A.
225 South 21st Avenue
Hollywood, Florida 33020
Email: anc@covelaw.com,
ABT@covelaw.com

BM Marketing Group, LLC
c/o Benn Willcox
15342 83rd Way N.
Palm Beach Gardens, FL 33418

File Intake Solutions, LLC
c/o Benn Willcox
15342 83rd Way N.
Palm Beach Gardens, FL 33418

Legal Intake Solutions, LLC
c/o Benn Willcox
15342 83rd Way N.
Palm Beach Gardens, FL 33418

Nationwide Management Solutions, LLC
c/o Benn Willcox
15342 83rd Way N.
Palm Beach Gardens, FL 33418

The Hoffman Law Group, P.A.
c/o Marc Hoffman
22028 Martella Avenue
Boca Raton, FL 33433